FILED

03/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0036

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 23-0036

WHITEFISH 57 COMMERCIAL, LLC and RIMROCK COMPANIES, LLC,

          Plaintiffs/Appellants,

vs.

CITY OF WHITEFISH

          Defendant/Appellee.

][
][
][
][
][
][
][
][
][
][
][
][

**ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF**

The Court being in receipt of Appellants' unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing, NOW THEREFORE,

IT IS HEREBY ORDERED that Appellants shall have up to and including April 24, 2023, in which to file their Opening Brief.

DATED and electronically signed below.

ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF
Case No. DA 23-0036                                            Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 17 2023